UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

REGINALD MCCLURE,

Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2024

1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The parties' sentencing submissions refer to an anticipated sentencing in state court. Dkt. Nos. 491, 498. The application note to U.S.S.G. § 5G1.3(d) directs the Court to consider, among other things, "the type (e.g., determinate, indeterminate/parolable) and length of the prior undischarged sentence; [and] . . . the time likely to be served before release . . . ." The parties' sentencing submissions do not contain sufficient information for the Court to evaluate those factors. The Court requests that each of the parties submit a letter describing the type of the anticipated sentence, and, to the extent reasonably ascertainable, the time likely to be served by the defendant before release. With respect to the latter data point, the Court would accept aggregate data regarding the average and/or median time served for similar sentences. The parties' letters are due no later than September 24, 2026. If the parties wish to submit a single jointly composed letter, in lieu of separate letters, it must be filed no later than 4:00 p.m. on September 25, 2024.

SO ORDERED.

Dated: September 21, 2024

_____
GREGORY H. WOODS
United States District Judge